## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR163** |
| vs. | ) | |
| | ) | **ORDER** |
| **LEE T. NEWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion for leave to file pretrial motions out of time [15]. In the interests of justice, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion [15] is granted, as follows:

1. Defendant's Motion to Suppress [16] and Motion to Disclose Identity of Confidential Informant [18] are deemed timely filed.

2. The trial of this case, previously set for July 22, 2008 is cancelled. A new trial date will be set in accordance with the Speedy Trial Act after the defendant's substantive motions are resolved.

**DATED June 17, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**