IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR163 |
| | ) | |
| LEE T. NEWELL, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION of the government,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [16] and Motion to Disclose Identity of Confidential Informant [18] is continued to **August 25, 2008** at **1:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge