IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>LEE T. NEWELL,<br><br>              Defendant. | 8:08CR163<br><br>**ORDER** |

      This matter is before the Court on defendant Lee T. Newell's ("Newell") Motion for Sentence Reduction (Filing No. 141). Newell has filed at least three other pro se requests for sentencing relief (Filing Nos. 131, 135, and 138), and the Court denies this request for the same reasons as previously stated.

      IT IS SO ORDERED.

      Dated this 27th day of May 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge